IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **FIRST SOUTH HOSPITALITY, INC., et al.,** | \* \* \* |
| **Plaintiffs,** | \* \* |
| vs. | \* Civil Action No. 08-00112-CG-B \* |
| **KELLY LUNCEFORD PROPERTIES, LLC, et al.,** | \* \* \* |
| **Defendants.** | \* |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated March 18, 2008, is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the 8th day of April, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE