IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **FIRST SOUTH HOSPITALITY,** **INC., et al.,** | * * * |
| **Plaintiffs,** | * * |
| vs. | * **Civil Action No. 08-00112-CG-B** * |
| **KELLY LUNCEFORD PROPERTIES,** **LLC, et al.,** | * * * |
| **Defendants.** | * |

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that this action be dismissed without prejudice for failure to comply with this Court's Order and failure to prosecute.

**DONE** and **ORDERED** this the 8th day of April, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE